**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 NASEAN BONIE,

                              Plaintiff,

            -against-                                    25 **CIVIL** 08712 (LLS)

                                                    **JUDGMENT**

MALONE, NY; ALL NEW YORK TOWNS,
VILLAGES, CITIES, COUNTIES; SERGEANT:
NEWTOWN; OFFICER: GONZALEZ; N.Y.S.
DOCCS, NYC DOC.,

                              Defendants.
-----------------------------------------------------------------X

            It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 9, 2026, the Court dismisses the complaint as frivolous.

See 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

        March 10, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                            **BY:**
                                        _____
                                                **Deputy Clerk**